UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:25-cv-81165-AMC

HOWARD COHAN,
Plaintiff,

vs.

DELRAY HOTEL OWNER LLC,
a Foreign Limited Liability Company,
d/b/a THE RAY HOTEL,

Defendant(s).
_______________________________________/

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through his undersigned counsel, hereby responds to this Court's Order to Show Cause [ECF No. 24] and states as follows:

1. On December 18, 2025, the Court entered an Order Scheduling Mediation, setting mediation in this matter for May 27, 2026, and requiring the parties to file a joint mediation report within five (5) days of mediation [ECF No. 23]. Accordingly, the joint mediation report was due on or before June 1, 2026.

2. Plaintiff fully intended to proceed with mediation as scheduled. The parties had selected a mediator pursuant to Local Rule 16.2, coordinated the mediation date, and Plaintiff was prepared to mediate on May 27, 2026.

3. However, on May 26, 2026, the day before the scheduled mediation, counsel for Defendant notified Plaintiff's counsel that an unexpected, last-minute personal issue had arisen that would prevent his attendance at mediation, and requested that the mediation be reset.

4. Counsel for the parties promptly conferred, and Plaintiff agreed, in good faith and as a professional courtesy to Defendant's counsel, to reschedule the mediation. The mediator was notified of the cancellation, and counsel has since been coordinating with one another and with the mediator to secure a new mediation date.

5. Because mediation did not go forward on May 27, 2026, no joint mediation report could be filed by the June 1, 2026 deadline. The failure to timely file the report, or to seek an extension of the deadline in advance, was the result of the last-minute nature of the cancellation and counsel's ongoing efforts to coordinate a new mediation date, not the product of bad faith, dilatory conduct, or any disregard of this Court's Orders. Plaintiff sincerely apologizes to the Court for the oversight in failing to seek an extension before the deadline expired.

6. In order to comply, in good faith, with this Court's Orders, Plaintiff will be filing a Joint Motion for Extension of the Mediation Deadline, proposing a new mediation date at the earliest availability of counsel and the mediator, and in advance of the remaining pretrial deadlines in this matter.

7. Plaintiff will file a joint mediation report containing all of the information required by the Court's Order Scheduling Mediation [ECF No. 23 ¶ 3] within five (5) days of the rescheduled mediation.

**WHEREFORE**, Plaintiff respectfully submits that good cause exists for the failure to timely file the joint mediation report, and respectfully requests that this Court discharge the Order to Show Cause [ECF No. 24], grant the forthcoming Joint Motion for Extension of the Mediation Deadline, and grant such other and further relief as the Court deems just and proper.

Respectfully Submitted: June 4, 2026

***By: /s/ Gregory S. Sconzo***
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
**ADA LEGAL TEAM, LLC**
300 Ave of the Champions, Suite 260
Palm Beach Gardens, FL 33418
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Primary Email:
service@sconzolawoffice.com
Secondary Email: greg@adalegalteam.com
Secondary Email: kevin@adalegalteam.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 4, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**