UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:25-cv-81165-AMC

HOWARD COHAN,

Plaintiff,

v.

DELRAY HOTEL OWNER LLC, a Foreign Limited Liability Company, d/b/a THE RAY HOTEL,

Defendant,
_________________________________/

# NOTICE OF SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff"), and, Defendant, DELRAY HOTEL OWNER LLC, a Foreign Limited Liability Company, d/b/a THE RAY HOTEL ("Defendant," and collectively with Plaintiff, the "Parties"), by and through the undersigned counsel, hereby give notice of settlement between the Parties. The Parties are presently finalizing settlement documents. The appropriate pleading concluding this case is forthcoming.

Dated this 8th day of June, 2026.

Respectfully submitted,

By: ***/s/ Gregory S. Sconzo***
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
ADA Legal Team, LLC
300 Ave of the Champions, Suite 260
Palm Beach Gardens, FL 33418
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@adalegalteam.com
Email: kevin@adalegalteam.com
Attorney for Plaintiff

By: ***/s/ Eric Martin***
ERIC MARTIN
Florida Bar No.: 1019248
Esperante Building
222 Lakeview Avenue, Suite 500
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Primary e-mail: justin.levine@csklegal.com
Secondary e-mail: eric.martin@csklegal.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8th, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**/s/ Eric Martin**
**Eric Martin, Esq.**